1  Ryan Lee, Esq. (SBN 235879)
   rlee@consumerlawcenter.com
2  Matthew A. Rosenthal, Esq. (SBN279334)
   mrosenthal@consumerlawcenter.com
3  Krohn & Moss, Ltd.
   10474 Santa Monica Blvd., Suite 405
4  Los Angeles, CA  90025
   T: (323) 988-2400; F: (866) 861-1390
5  Attorneys for Plaintiff,
   DONALD FRENCH

6

   **UNITED STATES DISTRICT COURT**
7  **EASTERN DISTRICT OF CALIFORNIA**
   **SACRAMENTO DIVISION**
8

9  DONALD FRENCH,                          )   **Case No.:**
                                           )
10             Plaintiff,                  )   **COMPLAINT**
                                           )
11        v.                               )   **(Unlawful Debt Collection Practices)**
                                           )
12 GENPACT SERVICES, LLC,                  )
                                           )
13             Defendant.                  )
                                           )
14

15       DONALD FRENCH (Plaintiff), by attorneys, KROHN & MOSS, LTD., alleges the

16 following against GENPACT SERVICES, LLC (Defendant):

17                                **INTRODUCTION**

18  1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15

19     U.S.C. 1692 *et seq.* (FDCPA).

20  2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

21     Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

22                          **JURISDICTION AND VENUE**

23  3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such

24     actions may be brought and heard before "any appropriate United States district court

25

                                      - 1 -

without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

6. Plaintiff is a natural person residing in Sacramento, Sacramento County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3) and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt by contacting Plaintiff.

9. Defendant is a debt collection organization located in New York, New York and conducts business in California.

10. At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

**FACTUAL ALLEGATIONS**

11. Defendant places collection calls to Plaintiff in an attempt to collect an alleged debt.

12. Plaintiff's alleged debt arises from transactions for personal, household, and/or family purposes.

13. Defendant places collection calls to Plaintiff at 916-648-97XX.

14. In or around March of 2014, Defendant placed a collection call to Plaintiff and left a voicemail message.

15. In the voicemail message, Defendant's representative "Jessica," failed to disclose that

PLAINTIFF'S COMPLAINT

the call was being placed by a debt collector, and failed to disclose that the call was being placed to collect an alleged debt.  *See* Transcribed Voicemail Message attached hereto as Exhibit "A."

16. In the voicemail message, Defendant's representative, "Jessica," directed Plaintiff to return the call to 877-239-7495, which is a number that belongs to Defendant.  *See* Exhibit A.

17. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a. Defendant violated § 1692e of the FDCPA by using false, deceptive or misleading representations or means in connection  with the collection of the debt;

   b. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt;

   c. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

WHEREFORE, Plaintiff, DONALD FRENCH respectfully requests judgment be entered against Defendant, GENPACT SERVICES, LLC, for the following:

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

PLAINTIFF'S COMPLAINT

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

21. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiff repeats and re-alleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

23. Defendant violated the RFDCPA based on the following:

   a. Defendant violated the §1788.17 of the RFDCPA by failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 *et seq*.

WHEREFORE, Plaintiff, DONALD FRENCH, respectfully requests judgment be entered against Defendant, GENPACT SERVICES, LLC, for the following:

24. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

25. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

26. Any other relief that this Honorable Court deems appropriate.

PLAINTIFF'S COMPLAINT

1

RESPECTFULLY SUBMITTED,

2

DATED: June 12, 2014                    KROHN & MOSS, LTD.

3

4

By: /s/Ryan Lee

5

Ryan Lee
Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

1

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

2

STATE OF CALIFORNIA

3

     Plaintiff, DONALD FRENCH, states as follows:

4

   1.     I am the Plaintiff in this civil proceeding.

   2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe

5

that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

6

   3.     I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing

7

law.

   4.     I believe that this civil Complaint is not interposed for any improper purpose, such as

8

to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the

9

Complaint.

   5.     I have filed this Complaint in good faith and solely for the purposes set forth in it.

10

   6.     Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

11

   7.     Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of

12

the attached exhibits may contain some of my own handwritten notations.

13

     Pursuant to 28 U.S.C. § 1746(2), I, DONALD FRENCH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

14

15

DATE:_____           _____

                                         DONALD FRENCH

16

17

18

19

20

21

22

23

24

25

- 6 -

PLAINTIFF'S COMPLAINT