Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400
Fax: (866) 861-1390
DONALD FRENCH

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DONALD FRENCH, ) | **Case No.: 2:14-cv-01403-JAM-AC** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| GENPACT SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, DONALD FRENCH, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: October 8, 2014                           KROHN & MOSS, LTD.


                                                 By:/s/ Ryan Lee, Esq.
                                                 Ryan Lee, Esq.
                                                 Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq